IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALLIE JEROME JOHNSON,

       Plaintiff,

vs.                                         CASE NO. 4:11cv84/RS-WCS

WACHOVIA BANK,

       Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Motion For Specific Objection (Doc. 10). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Second Amended Complaint (Doc. 7) is dismissed because of failure to state a claim upon which relief may be granted and because of lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on June 21, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**